JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00394-ODW (PDx) | Date | February 2, 2026 |
|---|---|---|---|
| Title | *Alexandria Williams v. Mitsubishi Logistics America Corporation et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's notice that the case has settled in its entirety, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by January 30, 2026.  (Dkt. No. 44.)  The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action."  Having received no response to the Court's Order, this case is hereby **DISMISSED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: ___00___

Initials of Preparer   SE